# CASE ANNOUNCEMENTS

*January 19, 2011*

[Cite as *01/19/2011 Case Announcements*, 2011-Ohio-19.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–1400. [State ex rel.] Lundeen v. Ryan.**
Franklin App. No. 08AP–601. On appellee's motion to strike the appeal and dismiss the cause and appellant's motion in opposition. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

**2010–1634. State ex rel. Gonzales v. Nadel.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–1835. [State ex rel.] Sudberry v. Supreme Court of Ohio.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–1860. State ex rel. McGrath v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–1890. State ex rel. Perkins v. Huffman.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–1968. [State ex rel.] Qualls v. Crow.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–1979. Lawton v. Hawley.**
On petitioner's complaint for review of legal practice and respondent's motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–1987. State ex rel. Williams v. McIntosh.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–2031. Brack v. Bradshaw.**
In Habeas Corpus. On petition for writ of habeas corpus of Johnny V. Brack. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.